IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL KIRK LEGGETT,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

No. C 05-01232 WHA
No. CR 88-00681 WHA

**ORDER DENYING REQUEST**

    Mr. Leggett has again requested an order directing the Clerk to correct certain clerical errors. He raised the exact same issues two years ago and the Court issued several orders and judgments denying his requested relief (Docket Nos. 197–200). His most recent request is **DENIED** for the reasons stated in those orders. Any further requests regarding an alleged clerical error related to Mr. Leggett's sentence will not be considered.

    **IT IS SO ORDERED.**

Dated: July 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE